UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLENE FAY WILSON SUJO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:12-cv-00843 - JLT<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |

    Merlene Fay Wilson-Sujo ("Plaintiff") initiated this action on May 22, 2012 by filing a complaint against the Commissioner of Social Security, seeking review of an administrative decision denying her application for Social Security benefits. (Doc. 1).

    When a plaintiff seeks review of the final decision of the Commissioner of Social Security, "[s]uch action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." 42 U.S.C. § 405(g). In her Complaint, Plaintiff asserts venue is proper because Plaintiff "resides within the jurisdictional boundaries of this Court at Chico, CA." (Doc. 1 at 1). Notably, the city of Chico is within the Sacramento division of the Eastern District of California.

    Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may be transferred: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the

District." *Id.* Because the action should have been filed in the Sacramento Division, the Court will transfer the action. Further, this Court will not rule on Plaintiff's pending motion to proceed *in forma pauperis*. (Doc. 4).

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is transferred to the Sacramento Division of the United States District Court, Eastern District of California; and
2. All future filings shall reference the case number assigned by the Sacramento Division.

IT IS SO ORDERED.

Dated: **May 29, 2012**               **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

2