Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Merlene Fay Wilson Sujo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERLENE FAY WILSON SUJO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant | Case No.:  CV 12-1441EFB<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND THE BRIEFING SCHEDULE |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file her motion for summary judgment from October 11, 2012, to November 8, 2012, for a total of 28 days, and that all subsequent deadlines set forth in the court's scheduling order are extended accordingly.

This is the parties' first request for an extension.  This request is made on behalf of counsel for plaintiff who has had to attend to some unforeseeable personal matters that has limited his ability to properly brief this complex disability case.  On behalf of the parties, counsel for plaintiff respectfully requests that the court grant this stipulation to extend the briefing schedule.

IT IS SO STIPULATED.

DATE: October 11, 2012                    Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Young Cho*
                        BY:_____
                              Young Cho
                              Attorney for plaintiff
                              MERLENE FAY WILSON SUJO


Date:  October 11, 2012         BENJAMIN B. WAGNER
                                United States Attorney


                        BY:   /s/ *Lynn M. Harada*\*
                              Lynn M. Harada
                              Special Assistant United States Attorney
                              Attorneys for Defendant MICHAEL J. ASTRUE
                              Commissioner of Social Security

                              (*Per email authorization)


## ORDER

Approved and so ordered.

DATED:  October 12, 2012.

                              _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE